Bradford *v.* Albany Dutch Church, 8 Cow. 457.

Not reported in S. Ct.

</div>

<div align="center">

*Agreement.*

</div>

Bradford, the plaintiff below, defendant in error, brought his action to recover a portion of his salary as minister of the Reformed Dutch Church in Albany, under a contract with the Church, to act as its minister for a stated salary, founded on a *call* referring to the rules of church government, established in the national synod held at Dordrecht in 1618, and 1619, and the articles explanatory of the government and discipline of the Reformed Dutch Church, in the United States of America. After some time the plaintiff was arraigned before the Church tribunal, having jurisdiction of such complaints on representations, or charges of personal misconduct; and by a sentence of that judicatory was sus-

pended from his functions and duties as such minister; finally, a sentence of dissolution of the pastoral connection, between him and the church for his continued faults, was pronounced by the proper judicatory, and affirmed an appeal by him to the superior church jurisdiction; ·whereupon, he brought this action for his salary, intermediate his suspension, and the sentence of dissolution :—

The Supreme Court held him entitled to recover it, as the mere suspension did not dissolve the relation; and that he was entitled to his salary while that continued. But. on writ of error by the church,

The Court of Errors held, that, as where one contracts to perform certain labor, or service for which he is to receive a stated compensation, performance or an ability and readiness to perform in the manner stipulated, are a condition precedent to the compensation becoming due :—that the contract in this case, to perform certain spiritual functions, and duties, formed no exception to the general rule, and that as the sentence of suspension was incurred by the fault of the minister, that he was not entitled to his salary between the date of his suspension, and the final sentence of dissolution of the pastoral connection.